IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MICHAEL BANKOFF,** | : Civil No. 4:20-cv-1401 |
| Petitioner, | : |
| v. | : |
| **BERNADETTE MASON, et al.,** | : |
| Respondents. | : Judge Sylvia H. Rambo |

# **O R D E R**

AND NOW, this 26th day of January, 2021, upon consideration of the report and recommendation filed by the magistrate judge (Doc. 19) in which he recommends that Petitioner Michael Bankoff's Petition for Writ of Habeas Corpus (Doc. 1) and motions for mandamus relief (Docs. 5 and 11) be dismissed as moot in light of Petitioner's release from custody, and noting that objections have not been filed and the time for filing any such objections has expired, IT IS HEREBY ORDERED as follows:

1) The report and recommendation (Doc. 19) is ADOPTED;

2) The Petition for Writ of Habeas Corpus (Doc. 1) and the motions for mandamus relief (Docs. 5 and 11) are DISMISSED AS MOOT; and

3) The Clerk of Court is DIRECTED to close this case.

s/Sylvia H. Rambo
United States District Judge